**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00466-CV**
_____

**EDWARD NEGRETE JR., Appellant**

**V.**

**CITIZENS STATE BANK, Appellee**

**On Appeal from the 88th District Court**
**Tyler County, Texas**
**Trial Cause No. 22460**

**ORDER**

The appellant, Edward Negrete Jr., filed a notice of bankruptcy. *See* Tex. R. App. P. 8.1. This proceeding is abated for administrative purposes only, and will be treated as a closed case unless timely reinstated by proper motion. *See* Tex. R. App. P. 8.2.

ORDER ENTERED January 24, 2013.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.

1